| | |
|---|---|
| **CYNTHIA HILL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| ) | |
| **CHILI'S RESTAURANT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Cynthia Hill ("Plaintiff") filed a Complaint in this matter on November 12, 2021. [Doc. 1]. She sought to proceed in forma pauperis. [Doc. 2]. On December 7, 2021, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the filing fee within 30 days of that Order. [Doc. 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: January 13, 2022

Robert J. Conrad, Jr.
United States District Judge